UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:16-CR-42 |
| | ) | |
| v. | ) | (Chief Judge Conner) |
| | ) | |
| XIU CHENG ZHENG, | ) | |
| YOU GUO YANG, | ) | |
| PAO HUA YU, | ) | (Electronically Filed) |
| Defendants. | ) | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

Preliminary Orders of Forfeiture were entered on May 7, 2019, May 16, 2019, and November 19, 2019, ordering the defendants to forfeit:

    a. $1,492,633 in U.S. Currency, representing proceeds of mail fraud in violation of 18 U.S.C. § 1341 or conspiracy to commit mail fraud and wire fraud in violation of 18 U.S.C. § 1349 that were personally obtained and later dissipated by Xiu Cheng Zheng;

b. $100,000 in U.S. Currency, representing proceeds of violations of 18 U.S.C. § 1952 that were personally obtained and later dissipated by You Guo Yang;

c. $150,000 in U.S. Currency, representing proceeds of mail fraud in violation of 18 U.S.C. § 1341 or conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349 that were personally obtained by and later dissipated by Pao Hua Yu.

Because the defendants dissipated the above-described property constituting proceeds of the violations, the United States seeks, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendants' property up to the value of the dissipated proceeds.

Pursuant to Rule 32.2(b)(6)(C) & (c)(1), since the United States only seeks forfeiture of the proceeds of the crimes, service and publishing of the Preliminary Order of Forfeiture were not required.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) Forfeiture of the defendants' interests in the above proceeds has become final, made part of the sentences, and included in their judgments;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 17th day of December 2019.

/s/ CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER
CHIEF UNITED STATES DISTRICT JUDGE